IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORIGINAL

Playboy Routhchild Killer
* Antwionne A. Fuqua,
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

United States Gov. all
offices Control "EMF" FBI, CIA,
DOD, DOJ, Bio-Ethics Committe, Gang land Case
Wash. D.C. Experimental office/Dept
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
            *(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

REC'D IN PRO SE OFFICE
MAR 30 '26 AM 11:47

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     Antwionne A Fuqua

Street Address     2809 Cortelyou Rd Apt 2B.

City and County     Brooklyn, Flatbush N.Y. 11226.

State and Zip Code     New York    11226.

Telephone Number     347-598-2759

E-mail Address     Antwionne Fuqua @ Gmail.

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     FBI

Job or Title (if known)     President

Street Address     935 Headquarter's.

City and County     Washington D.C.

State and Zip Code     Washington D.C. 20535-0001

Telephone Number     202 324-3000

E-mail Address (if known)     Tips.FBI.Gov/

Foia questions @ FBI.Gov

mailto: Foi questions @FBI.Gov.

2

Defendant No. 2

Name CIA Central intelligence.

Job or Title
(if known) President

Street Address Former location 2430 E st. NW

City and County McLean Virginia / Langley Virgina.

State and Zip Code Virginia 20505 / 2201.

Telephone Number (202) - 482 - 8190

E-mail Address
(if known) cia-Foia @ ucia. gov.

Defendant No. 3

Name Bio ethics Commitee

Job or Title
(if known) President ?

Street Address Building 10, Room 1C 118, 10 center Drive.

City and County Bethesda, MD 20892 - 1156.

State and Zip Code MD. 20892 - 1156.

Telephone Number 202 - 687 - 7607

E-mail Address
(if known)

Defendant No. 4

Name DOD.

Job or Title
(if known) President Pam Bondi; Pete Hegseth.

Street Address 1400 Defence Pentagon.

City and County Washington D.C.

State and Zip Code 20301 - 1400

Telephone Number (703) 699-0297 (703) 699-0297.

E-mail Address
(if known)

3

C.I.A. (Central Intelligence.)
President

Former location 2430 E st. N.W.
McLean Virginia / Langley Virginia.
Virginia 22065 /...
(203)-482-6766
Circa... info @ ...... gov.


Bio ethics Committee
President 9

Building 16, Room 1618 (Bethesda.)
Bethesda, MD 20892-1183.
M.D. 20892-1183.
202 - 649 - 1607


DoD
President from Farm... side Pingville

1400 Defence Pentagon.
Washington D.C.
20301-1400
(703) 545-6577 (...) (...Pentagon.).

Defendant No. 5

D.O.J.

president Pam Bondi

950 Pennsylvania AVE, NW Washington D,C.

20530-0001

212 637-2800

Defendant No. 6

John Jay   " Hold "

Bursar@jjay.cuny.edu

Room L. 70 NB, 524 59 street

New York N.Y. 10019

Defendant N0. 7

dept of energy

Chris Wright

1000 independence

Ave  SW

washition  D.C. 20585

Sectary@hq.doe.GOV

Defendant NO 8

president of United States

Trump

1600 pennsylavania

Ave, N.W.

Washington D.C.

20500

white house.gov/contact

Defendant No 8

Russian President

Vladimir Puttin

accredit@Gov.ru

7   495 910 0766

defendant No 9

American Bar association

Michelle A Behnke

321 N. Clark st.

floor 20,

Chicago IL.60654

1 202 662-1000

Paul Exscadon don

L Gilbert Farr did trial right

William Arrango

Fabriell .same office

Muhmmad bashir

Judge Lawernce

all retainers

and stalking.

1 more look up in court

Defendant NO # 10 .

*President Isaac Herzog*
email lpublic@president.gov.il

The Mossad (Israeli Foreign Intelligence Agency)
**Email:** modiin.info@pmo.gov.il

- **Address:** 3 Kaplan St., HaKriya, Jerusalem 9195017.
- **Phone:** +972-02-6773753.
- **Fax:** +972-02-6707139.

IV injuries

In and out the hospital pains to head, left wrist and body filled with implants remove. Phallus pea nus remove Fisa court implant. Done illegal since birth. Any injuries to Melanie Ruiz or kids or features in womb, or mind programming done and, remove implants. Who gave kids implant system, by Melanie Ruiz. Transcript 6 kids.  Order all medical underacted intelligence medical documents on implants and kids, Melanie Ruiz and Antwionne Fuqua.Chancery style decision on who implanted and lawsuit, Any pain while effected by stalking attacks on current property and cause for hospital visits "informanics millimeter" Stalking come with dropping drugs this injury.

V relief

Civil military Operations explain Satanic blood dropping relief. For each allegedly act cause pain daily, I.C.C. style damage is take everything even shirt of back. Chancery decision on everything and discipline by oaths. Sec tray of  State Database sought after. Pass Over "Serial number" born with legal return holistically compile reports on life. A lot Jews / Yews stalking, Berber oath sought after legal return 24 yr journal Pass over Ecclesiastical legal return sought after.

Dropping blood per drop Dracula millimeter and Civil Military Operations per drop focus and Draco Mosaic jurisdiction" depends on oath per drop could be high, Per Sat antic drop and reason for dropping might be moot a lot more per drop and since born every yr check in womb also.

Also check on school hold I checked shouldn't be there "Cuny hold dept ". Stonewalling technology to not get case in earlier since high school. Punished racist case. Trade name Business name up date out Monmouth county NJ  "Antwionne A Fuqua" and East Brunswick NJ "Atlantean clothing" business legal return on oaths accepted. Weed license power depending on amount of time under surveillance to be decided by journal and judge more legal weed, dispensary power what ever else I can get from Civil Military Operations Organization, Land title, Dracula Acclaim way. Injunction on current eviction case double Jeopardy, mice roaches violations no heat purposely, lights shut off, and harassment and stalking with technology breaking city FEPS voucher, buy out talked about 10 thousands discrimination 9 yrs at address paid, no" hold over" real 25 yr contract +5 for life. Games in eviction court, no motion 1st case but won. Intelligence Motion needed to be done ,asked nicely, not needed judge said, walking in during trial cases and more harassment during the second case currently, Stalking come with killing. Entered house 8x millimeter way what topics explained land lord big liars. Mr Ostroy who walked in. Never at no cases. Judge Von commercial lien ticket number to be utilized .

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☑ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Survillance, illegal Search & Seizure. 21 Constutional Admendents broke, Since born 24/7, State Case Thrown Out, Not heard. I yr Wait, Stone Wall.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Corecion/Duress stalking EMF. Try make Into informant, make Russian intelljence. Informant, Assosin, Pedofile, mind Program To Kill, Drug Dealer, Rape People, Listen To Land Lord, FBI stalking, DaiN, as worlls yes!.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Stalked with EMF until Felonies. Jenonile and mind Programming To have Kid's & Felonies, Domistic Violence Gang stalking, Coersion Case, Out of N.J. Every College Went To stalked. "Hold" on John Jay Account. Why? Senior B+ 4 Law school Next, why? Hold Suspcious. N.Y Case 2013 Valtines Day 3 Punches To Face 101st Precint stalk from N.Y, N.J.

**III.** **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Since born Implant Game, Hebrew unredacted intelligence motion Since Feb, 1973. EMF Harrisments Since born, mind Programming be Gay, with help Adopted Family, each yr in School.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Each yr Starting Head Start Acclaim Way, Report Card way every yr, Some type of Stalking or beat To Split Personality Rape Fondel, Own Family Allowed, by Baskervills.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Because of Stalking every Yr of X School Left back 3X, Stalking every yr of school, Vroom Learning Center Bayonne N.J K6 To 3rd Grade, Then John Baily Grammer school, Blood Drawing hearl before This Catholic School St. Andrews Keyport N.J 6th grade. To Graduation To keyport N.J high school 3 yrs Graduated, Stalking every Day. In Mocerning heard or shaky legs. melanie Ruiz, child mom, Check, who made have kid's 6, and big Domostic Violence. Problems, Altercation's. Check 6 kids blood Who Gave Playboy Implant System from hospital. "Implant Game checked Again each one. Roxanne Frgeora check blood, Gorgeina Davi Davidsson To. Stalking Daily Theose last 2. Fishy.

**IV.    Injuries** Left Wrist/all Implants remove

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



Every Conviction Mind Programming. Domistic Violence. Eviction Court Brooklyn, N.Y. stalked & pain every Case in front of Judges, Since adoption, Since born 24, Yr Journal Daily on Current Property in Stores, and in Street stalking. Since Feb 1, 2026, until March 16, 2026 Police Reports on Land Lord, Mr. Otom, & Mr. Ostory Breaking City fcps/ Voucher, Eviction Court. Won 1st Case, Injunction 2nd Case

Broken Nose in Jail Yardville, N.J. Corrections, Millimeter Way, What happen Gang stalking! 11 Fight's/ Jumping in Jail! 1994 To 1988. N.J. 2001 V.A. County Norfolk V.A.

**V.    Relief** needed. Medical Treatment, Trenton N.J. Diagonse Wrong. Penal Implants Take Out 100% all over body millimeter case on truck Flipins. 1 ½. S.C.

State briefly what you want the court to do for you. • Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Chancery Decison on Each Subject! Remove implants, Check on John Jay hold 7 yrs out school, Against Stone Wall, True Bill of Accounting with This EMF Technology, made Do crimes or Not. Everything Stolen, Nickel & Dime, Drug's Clothes, Bulgary's in houses, Current Property 3 Console's, 2 Appel's Damaged Bad Thing's Stolen all Three I He Current Property To. Clothes. Harrasment on Land Won 1st eviction Case 10 pt's 2nd one injunction,

**VI.    Certification and Closing** Family Like melanie e. hurt, Fix, Back & Neck, Remove implants, if any, Check To. E place blame who made Fight! e have kids

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 30 , 20 26

Signature of Plaintiff _____

Printed Name of Plaintiff   Antwonne Fuqua

7

101155/2024 PT 31 SEQ 002 IT IS ORDERED THAT THIS MOTION IS DENIED AND IT IS FURTHER ORDERED THAT THE ACTION IS filed 10/9/2025

Page 1 of 3

Case 1:26-cv-01867   Document 1   Filed 03/30/26   Page 15 of 27 PageID #: 15

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:**    **HON. KATHLEEN WATERMAN-MARSHALL**    **PART**      **31**

*Justice*

————————————————————X    **INDEX NO.**     101155/2024

FUQUA, ANTOINNE

       Plaintiff,    **MOTION DATE**    03/24/25

     - V -    **MOTION SEQ. NO.**    002

GANGLAND CASE INVESTIGATION

       Defendant    **F I L E D**   **DECISION + ORDER ON MOTION**

—————————————————————    **OCT 0 9 2025**

**COUNTY CLERK'S OFFICE NEW YORK**

The following papers, numbered 1    1   , were read on this application to/for    **DISCOVERY**

Notice of Motion/ Petition/ OSC - Affidavits - Exhibits     .No(s)    1

Answering Affidavits - Exhibits    No(s)    N/A

Replying    No(s)    N/A

Plaintiff's motion must be denied because the affirmation of service is incomplete; it does not indicate who was served on behalf of defendants, the address of service, or which papers were served (*see generally, Ferrer v Williams*, 223 AD3d 464 [1st Dept 2024] [incomplete address in process server's affidavit failed to demonstrate proper service]; *Foster v Cranin*, 180 AD2d 712 [2d Dept 1992] [service to incorrect and incomplete address]). It appears that the affirmation of service contends that service is not applicable; the section listing who was served is blank and beneath that section, the affirmation states "No delivery Judge, Talk To, N.A." (March 24, 2025 affirmation of service). Suffice to say, plaintiff did not speak with this Court. Additionally, the affirmation of service states that plaintiff herself served this petition, which is improper (CPLR 2103[a]).

Were the Court to reach the merits of the motion, it would nevertheless be denied. It is unclear what relief is sought by the instant motion. By way of example, plaintiff's typewritten supporting statement begins:

> This case power is  using the  Ancient sword  legal philosophy ,"
> Draconian Ancient" This is Jerusalem Hebrew scimitar sword
> represents freedom ,justice and equality, fraternal oath."Secretary
> of State" sword, dual edge sword ,that cut both ways, for Secretary
> of State organizations,common law   people and Pass over
> government. Constitutional laws broken on surveillance,14-27
> amendments! ALSO on every criminal charge in life,investigating,
> stalking, 24/7, leads to a mission to kill. [sic.]

101155/2024  FUQUA, ANTOINNE vs. GANGLAND CASE INVESTIGATION     Page 1 of 2

Printed: 10/28/2025

101155/2024 PT 31 SEQ 002 IT IS ORDERED THAT THIS MOTION IS DENIED AND IT IS FURTHER ORDERED THAT THE ACTION IS filed 10/9/2025

Given the irregularities in the affirmation and service, and that it is unclear what relief is sought in this motion, the motion must be denied.

The complaint in this matter must also be dismissed. "A court's power to dismiss a complaint, sua sponte, should be used sparingly and only in extraordinary circumstances" (*Anonymous v Anonymous*, 217 AD3d 619 [1st Dept 2023]; *see also Wells Fargo Bank, N.A. v St. Louis*, 229 AD3d 116 [2d Dept 2024]). This matter presents such extraordinary circumstances warranting sua sponte dismissal. The amended complaint is incomprehensible, comprising jumbled and unconnected words. The amended complaint begins:

> The complaint of the plaintiff Antionne Fuqua, Playboy Case, respectfully shows and alleges as follows:
> 1. Playboy Rowthchild Killer Haram Abiff Yaggi People Rare Oath Nacy Intelligence oath For This problem, serve medical implant's, Intellgence Implant's Same one's used in all Junvenlie Felony charges, and Adult Last 20 Year's Journal Playboy Rowthchild killer way, Explain, with Sectary of State Fraternal Data [sic.]

The amended complaint continues in this fashion for four handwritten pages, with several additional writings in the margins. The reader cannot decipher the identity of the defendants - the caption of the amended complaint lists "Military Tribunal Gangland" as the defendant with "motion Intelligence Case Ersae Fusion" written next to it. The amended complaint does not identify any defendants nor does it set forth any causes of action or claims. Under these circumstances, the amended complaint fails to state any cause of action against any defendant and must be dismissed.

Accordingly, it is

**ORDERED** that the motion is denied; and it is further

**ORDERED** that the action is dismissed.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT

**FILED**

**OCT 0 9 2025**

COUNTY CLERK'S OFFICE
NEW YORK

_10/7/2025_
DATE

KATHLEEN WATERMAN-MARSHALL,
J.S.C.

CHECK ONE:  [X] CASE DISPOSED        [ ] NON-FINAL DISPOSITION
            [ ] GRANTED  [X] DENIED  [ ] GRANTED IN PART  [ ] OTHER
APPLICATION:  [ ] SETTLE ORDER        [ ] SUBMIT ORDER
CHECK IF APPROPRIATE:  [ ] INCLUDES TRANSFER/REASSIGN   [ ] FIDUCIARY APPOINTMENT   [ ] REFERENCE

Affidavit of Truth

Antoinne Fuqua

June 12,2019

On June 12,2019 around or about

This is affidavit of truth reflects from a journal started from 2009 to present . On june 12, 2019 around or about 9 am. There was voice to skull transmission, about how these perpetrators is using direct energy weapons on you with satanic mafia blood and fraternal and masonic mercenaries. For the pass twenty yrs or more, Daryl Jackson and Tutts Armour and James Mason making you throw up, sometimes to the point of bile pain level 10, every time for over twenty yrs.  From cohelor implant stabed in head by James Mason girl friend at the time Simerah and antwionne fuqua pressed charges in keyport nj police deparment. In fusion center to voice to skull proffreading addavit.

 All the transmissions I receive suppose be fusion center transcripts readings for the journal, addivit ready for court. Chief Mitcheal raped Greta Gobal in grammar school, Jackie olsh, guess where chief mitchell used the blood on antoine fuqua for to make him into informant without implant fisa and harrp, and during the Sr year in high school on the basketball court.  In fusion center.  Voice to skull transmission.

    Also updates on watch dog groups, in federal district court case 2019,expose 700 +1455 private corporations that target individuals which targeted me also  . Jersey city carnell basketveill belong to masonic temple keeps your implant hot left side done by chief mitcheal and jr mason girlfriend semirah ,andrea johnson from matawan  cousin. So jersey city masonic lodge,keyport masonic ,lodge and cliffwood masonic lodge. All them part of felony charges also from juvenile in fusion center.

   Antwionne fuqua statement in 2000 was coerced out of him by the technology used by aberdean p.d. N.J. And help mind programming with this statement under coercion, with this technology, also cliffwood masonic lodge helped them with mind programming through cliffwood lodge also. This done to him after he told chief mitchell he wasn't at daemon bonner race, set up they was all apart of it ,to help daemon bonner beat charges 2 Vehicular homicides from racing and your car was involved becuse roxsnne figeroa , was help sleping and under the technology until they got back useing ur car in fusion center , seting  antionne up the whole time and help raswwan tim davison friend ,sneak to use your family lexus in that race  all fusion center. Then put a plan togehter to from this level to say you was in the race and had people lie and say you was raceing in that car , fusion center u wanst in that race you was at the motel roxanne tock the car , voice to skull says ali g from perth amboy will tesify . They labeled you sacrificial lamb to hide there crimes on your fusion center then stalking you with direct energy weapons to try and kill you to hide it, thats on the masons to.

Case 1:26-cv-01867    Document 1    Filed 03/30/26    Page 18 of 27 PageID #: 18

Also Daemon Bonner from perth amboy, nj father drawn blood you for this statement, kenny crooms, Gorgeina  Davison and  her father .The voice to skull says there witness for that to. This where they messed up. Voice to skull says antoine getting readings of federal and state crimes out fusion center and public officals pedofile blood on him kidnapped  blood on him to make the technology give more pain ,satanic ritual does it.

Charlie Rodgers and Chief Powers also have rapes in fusion center from matawan nj high school. Used that blood on you to. Lots of talk about what happens if Daryl Jacksopn gets statement on him. All these people draw blood on antwionne, charlie Rodgers , and his baby mother peanut  and her mother, Marty Williams, Judge locascio, Daemon Bonner, Phil Walliton, Richie Williams, shannon fisher keyport detective. shakim huhes, ali g, Roxanne figueroa all informants draw more blood on you then usual. All of roxanne kids by  this level, all in fusion center to cripple you and make life worse, sent from level by Jay Bellamy, used level for blood test., make u think its your kids ' new blood test need to be done " offical, Judge locascio and Judge Paul Escadon on level laughing.

In fusion center the level scarred your attorneys from puting civil suit in for you since first no bill with boom boom in fusion center. Chief mitchell and chief powers on youre attorney Lawerence from asbury park wanna testify about it and otheres.  Also this commander of the fusion center where Chief mitcheal and Danny Calcary work at next to newark N.J. State police Barracks put throurh youre case and Terry Underwood murder with technology. They used this technology on forensic team in couple unsolved murders thats in journal because of using on forensic team during and investigation. Theres also a live journal 24/7 since 2009, the voice to skull says they was using this technology on me since 1980's its in fusion center and all felonies and domestic violence. Also purposely sent antwionne on the run in 2000 and paul escandon used blood on you as knights templar to make go on the run and talking to chief mitchell on the level during trial how to get around things in trial without antwionne knowing.

 antwionne told paul escandon to ask about the statements taken by chief mitchell and detective vaccros coerced during this drug arrest involving daemon bonner 2 vehicular manslaughter case and this technology. Chief Mitchell told him dont bring it up over the level during trial , they did  this to you couple times during trials, and made you nervous not to think right and say the right things during trial like steven bellamy did to you in john jay presentation, purposely made u sick to stop you from going to john jay whaile in school , also gave you astronomical pain in ICU coupole times. alot more said. Also told all journal should be fusion center reading until court. voice to skull.

 In jounal chief powers has 80 fusion center reading out of 700 and also how his family in different states and on counter terrosim teams drawn blood on you and also involved with some of the most horrific crimes on this level with drawing blood. amber alerts also. And useing that blood on you in the fusion center chief powers family gets exposed for these crimes on me and more. These sets killed a man called 9:30 from cliffwood nj, through his self in front of train because of this level..Brian kemp syringe with lickliy split serum to kill him in fusion center,

 Also, governor christian Whitman drawn blood on you for grievance letter you wrote on how five percenters being targeted, and she also has killing in philadelphia with chief powers and her body gurad drawing blood for santainc mafia all in fusion center. Deveeer British Intellgence wants to testify on that , he expose that . Lots of examples in journal from picture of hallucinations on level, that supposed be all fusion center readings of past crimes in different states involing murder also, frternal cops and masons know which one they can deal from santanic mafia does it like that.

Also, Allah Jamal Wonderful and True Born from redbank drawed blood on master understanding getting killed with silent programming on old head justice died in prison, also the satanic mafia and worshippers killed Ib from redbank and Victorious light skin asbury park with there sets, drawing blood on ib in fusion center all parties. Also in fusion center Emory baskervill killing little man and a lot more murders in journal, and kenth wilson also set up by technology in fusion center.

These are only some of the ways they used this technology to set people up for killings and mass incarceration used in the legal field.  Also there mention of the level on antwionne college carrer from keyport high school and scholarship to syracuse college stopped by this level house and car but they stopped it , and if they drived you crazy or in and out of jail from this implant yrs before they did it was in fusion , James Mason sons gets Sycuse scholarship.

Micheal Meyers surpose to tesify on that but he did to much and thats what eza hill scared of he know about it.  This controversy more than twenty dollars,since high school.

Also, technology used on mother on operation table to cause trauma in your life and national security broke down yardevill mind proram med you to sell drugs in jail, this chief powers son fbi. Also, cointelpro in  the jail to try and kill antwionne, but antwionne scared them off in fusion center very big part off this case.

Appeal court judges got information on level how they wanted to him to lie to keep antionne in jail for full term, in fusion center all participatns. Mind programming you done in 2000 while on run to rob bank and get set up with note to teller, in florida cops involed in that in fusion center nsa stopped it. devneer british intellgence revealed on Christine e whitman x nj governor drawed blood on antwionne, and involed with murder on black kids in phildeplihia with santaic mafia in fusion center. Then before I typed this addavit out Dary jackson says Judge lawrence monmouth county nj assignment judge name needs to be in there because he was doing criminal activities for Judge lawerence khazr set on this level, which also has to stalk five percenters set them up and talk negative about them to the public and  this judge is a jesuit same protocol as khazer he drew blood on I build from redbank also to give him heart attack,in fusion center . Judge Lawernce also has cointelpro set and coordinates all three together to set people up and scare families on this level like they did to the ruiz family only.

June 14,2019 1pm khazr bed area in erk world staight line under neath bed pic of seacasus, deamonn bonner and jason gallo killing in philadelphia little black girl taken luis biganti house to cremate the body. Jason Gallo khazr bed.  Hafners from keyport since high school 2 milion turn ups still stalking everyday with direct energy weapons, money down .in fusion center all brotheres involved, even the chief.  from house in Keyport nj, bought with blood, no down payment  out  the fusion center. chief mitchell james mason and sal major attacking heart with steven bellamy and family, Lisa Wally sheriff department involved also.  Mind programming to take Leonard d mitter licese in fusion center also by Leornd D. Miter drawed blood on you .  also, violenty shakeing shoulders by Lasey dekite father masonic lodge and set up at Horld Thorten house with rape charge, got money from insurave company illegaly and cops involved in fusion center she look bad.  lied, another set up from this level down, james mason involved in that to and gorgeina davison, Essex Tayolor and Tanya Swindell to make antwionne party and name look bad. In fusion center.

June 15,2019 12:20 am assault of hard hits to middel of head and back of head direct energy weapons, then said james mason used lickli split recipe on dawn joihnson, andrea johnson x girl friend dawn and

she died becasue of lickliy split syringe from james mason, Chris goloway the same way emory Baskerville and chris goloway wife  killed chris golaway with syringe from lickliy split to kill chris galloway .

James Mason got the lickliy split nazcie recipe syinge from emory baskervill for john holmes, lasey de kite and james mason, james mason gave to lasey dekite to stick john holmes make him sick and die in fusion center, and emory baskerville, chris galloway died like this. Roxanne Figeroa and james mason and emory baskerville and nelson matoes its all in fusion center nsa comes in when they lie most the time because they all wanted to do the syringe to antwionne, gorgeina davison to ·, you can allways ask nsa hadlers the truth , half way desent guy gets truth for journal. Chief Mitcheal says it better not be the hafners.(argueing) Stright out the fuaion center.

June 15,2019 around or about 4pm said earlier refer to journal 24/7 voice to skull transmissions on fusion center readings and also direct energy weapons, biological weapons , biological radio, assaults and the transmissions was Jason Gallo keyport detective sent south carolina masons and mercenaries at you at Trident Technical school at main campus and satellite campus and direct energy weapons ect, he did this from Keyport NJ Masonic temple ,as a member of Lickliy split and keyport cop these fusion center tactics used to cover it up and made it look like you had killed someone and he was involved with the mind programming for antwionne to do beginning to end . then used in national broacast for the people would osterized you. Steven Bellamy family in fliorida is drawing blood on you.

Emory baskervill and Nelson Maotes and James Masonn since high school drawing blood on you caught drawing blood on you while in floridah also through lickliy split jersey city.

  They voice to skull transmissions saids the radiation and sensory deprivation and all the rest of weapons used on antwionne fuqua body during the time he was in south carliona, was done by jason gallo making this call. There were ultrah sonci nationa broacast done by jason gallo try scrae antwionne to come and informant and go have bisexual sex with dective vaccro like the resting, daryl jackson is one of them .Guy jackson says the level wanted in the journal the khazer have loudest national broscast to drive antwionne crazy . surpoena him to court. While at melanie ruiz house there was arguing also. Chris Finley and dontay finally and pewee put in fusion center if antwionne fuqua fights daryl jaclson family again they was jumping in. Thats why they was acting scary at the park, voice to skull transmission.while in florida aroud or about 4:40 pm around or about .charlie Rodgers jusst got caught in turn up pain through body pl 10.

5:02 pm all jason gallo khazars hits to my body and back and back radiation burst. Voice to skull says it Daemon Bonner and kenny crooms and zandrah from freehold every time you around melanie in fusion center. Also, Devenner british intelligence(chq) says christine whitman x governor for nj had turn up gave blood towards 1,500,000 turn ups nsa counted with antwoine low number 1,350,00 she drop blood ' on you christine whitman invisible name when journal come for state public officials apart of the deep state. British intelligence and fusion center.  Jason Gallo in the stomach to make you throw up , thats picture jason gallp, chief powers and chief mitchell 3 kidnappings in killings in one day in fusion center. Guess what counter intellgence there a witness on this level when case goes in.

June 16,2019 around or about Devnner British intelligence says put on poice report the Satanic worshippers from Jersey city masonic lounge the ones the Baskervills belong to tried to kill you as child at 16 street pool 1980's, by drawing, zioist told devenner to tell you. Aslo yesterday said gorgina davison and her father and brother joe davison drawing blood on you with three way, sex, causeing alot of pain since . then said it was because of jay bellamy not paying them for keeeping you turned up because they also drawed blood on you sr year in the games to stop syscuse scholarship scoutter from recruiting you a deal can't be broke comes out in journal, also level says it's in fusion center Miguel Hernandez, heard chief powers tell them the community to take you out the game, had to have a journal. Against jay bellamy you was freshman at foul line.

Also in fusion center chief Powers the head grand wizard of aberdeen kkk under knights of columbus his family in other states to government positions also kkk setting blacks up just like antwionne fuqua, its in fusion center put in police report.

Under poster boy whoever fucks damon bonner the hardest controls him for the time being maybe a week or two. juior mason use keeny crooms voice said that  what I knew,. inner right ear.

June17,2019 around or about 8;19 am around or about keeny crooms and daemon bonner and simon alsion annd daryl jackson and james mason and Tutus armour all drawing blood on you over night and gorgeina told her cousin sinceka from perth amboy that james mason got pussy to keep antionne implant hot, its was down yardville on this level its in the fusion center , also they trying get people to beat you upin yardeville and made you wesker when fighting in fusion all through you r life doing this with harrp and fisa satelight  per joe grandi father , all the names just said in fusion center with witness since she told sombod, y meaning gorgena davison telling her family and wasn't surpose jr mason said. Goreina told her cousin Senicaq down perth amoby nj about implant also and how it stays hot, with santanic blood worship through the cops, and how all his felniy charge from this implant.  i

June 17,2019 People who is in fusion center to testify for antwionne fuqua, from this level linguistic, neurological linustic fire men that was on level since first no bill chief mitcheal tried to get him to testify aginst you, lived next store to you in keyport , the Roysters from keyport, Lisa cruz and her family on level since you was in high school. All day yesterday chief powers giveing head pain ranging from 1-120 in pain and daryl jackson, Tutts armour, and james msaon pain last twenty yrs while sleeping drawing water from your body with radation through the same cops in this journal . capcolas from keyport nj also had antwionne fuqua turned ion in keyport high school stop his scjholarship in fusion center, couples teachers surpose to tesify from keyport high school hidden in fusiion center. just put in journal for court.

Date: 6/17/2019

Started in Brooklyn finished in Florida also info in journal since 2009.

Steven P. Hannan
Notary Public
State of Florida
My Commission Expires 12/21/19
Commission No. FF 936682

State of FLORIDA    County of POLK
Subscribed and sworn before me on 6/17/19
(Date)
(Notary Signature)

IN The UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

Complaint for

violation of

Civil rights

Antwionne Fuqua Playboy Rothschild killer

vs.

United States Government

Certain offices that control EMF

FBI, CIA, DOD, DOJ, Bio Ethics Committee

Washington Dc Experimental office

Gang land case March 20,2026

This case is and" Jackal island" Playboy Rothschild killer, 'Lord Saldeen case and trident, Chancery discipline case, War time journal case,  Gang land case. Last 24 yrs. journal" EMF Harassment ". with affidavits, Mobbing, Gang stalking, "Satanic Worship blood dropping case".Mind programming, entrapment, Incorporation sabotage, Gang land case, State police "Knight crawler" case. International common law case.  Rome statue case. This is and" Co-intel-pro case FBI Totalitarian Gov vs. Common man /Pass over ecclesiastical case, and underacted legal return intelligence motion. Navy intelligence motion Playboy Rothschild killer style, "Huram A biff" intelligence motion. Supreme

1

Great Dracula Lord Sal dean style intelligence underacted motion. JOHN Jay school hold why? B+ student.

Pass over Satellite extermination board, Draconian Ancient who brought all these people on this satellite line to sell drugs, March 14,2026 58 % more people added. March15- 16.2026 stalking all night all mourning, law library Manhattan downtown NY, stalking in stores and train not just land and pictures in phone 24/7, pain stalk, yelling stalking and take over United states, Russian intelligence oath in government and public.

By the power of, Atlanteen and Aquarian, Aquarius Trident, the power of Orion sword on Obelisk! Each one legal return, Encyclopedia etc. I also want Civil Military Operations underacted motion, and legal return especially1994 December 24,NJ Felony indictment, trial Monmouth county NJ also, cohesion case to.4 attorneys, stalking also and give back retainer some 10 thousand dollars, Melanie Ruiz paid also. William Arrango, John Fabriel, Paul Escadon ,Muhammad Bashier. Trial attorney L Gilbert Farr. Each felony since juvenile check, legal fiction with this technology and all charges /True bill of accounting.  Hebrew remedy on straw man /legal fiction every charge in life with this technology, domestic violence, pull overs,  how surveillance was done who helped do illegal surveillance? Grand jury indictments used technology wanna know in 24 yr journal . Feb1,2026 to Feb 2 2026 3am to 9am Russian prime minister stalking and family and Miss/ Mr Otome land lord stalking, "call Time stamp 911 operator number  # 2215,this 911 call on pain.

All cases, Civil Military operations legal return all charges in life. Saigon intelligence motion. Calvinist intelligence motion.58 588 blood drawing nations involved each country my oaths legal gang land way.24/7 Feb 10,2026 5pm in journal around or about. 14,000 people begging Trump for help with this case. Like Trump is stronger than Federal District Government, comic book case.

1ˢᵗ man protocol Feb 1, 1973. Last 53 yrs want "True Bill of Accounting "on technology, research with any state felonies juvenile also. 3 child mothers all kids blood checked 2 stalking heavy

2

Roxanne Figeroa and Georgina Davidson. Probate case also kids that are mines. Surveillance done since when?  Was these girls helping since Bayonne NJ mind program for sex comic book Miss Otome 6 to 8 months cash money up front verbal agreement also, with Samertian Village Day top shelter and Antionne Fuqua."City Feps voucher" 25 yrs plus 5+5for life".refusing to do "hra letters" to get money back and forth comic book case just to see if Antionne Fuqua starts fight done, Harassment, alot mice and city violation. Buy out 10 thousand dollars and marchch 15,2026 78 thousand offer in journal, told them no! discrimination bring in eviction attorney almost fired over this. Discrimination. Index No. 316891-22, 1st case won by 10 points now 2nd case LT-313209-24/KI kings County civil eviction court need" injunction, "stalking starring at by Mr. or MISS. Otome telling, Antionne Fuqua, put lights in name,3 days to fix toilets, lights turned off ½ hr or more with go against lease put lights in your name, Mr Ostory said ill turn back on ,gotta come in Mr OStory to many times came in house eviction court cases, not 1 time showed up!

Talking on EMF level during court not allowed every case life comic book. In journal imporant whats said. Mr otome /miss otome also telling  Antwionne Fuqua friends, tell him to put lights in name and move out! Argument next mourning l finger and come down hear provoking.  Is this energy of this house apart of gang stalking and drug selling on this EMF level daily. Stalking walking in house and technology hit simultaneously . 8x unannounced sneaky way walk, Need Millimeter case, two apple computers, 1 PlayStation 4 and clothes broken taken etc. on intenteitions mr ostory and Mr /Miss Otome or morpditie intentions in  these walk ins. Journal say try to sneak in kill. Comic book 8x sneaky way .

Gang stalked severely in every state lived in and in jail also, NJ and SC Cross, Truck flip 1 and ½ times want millimeter research done. Which mechanic did this millimeter case again current 2005 GMC yukoon sport luxury truck also stalk at apt in Brooklyn NY and Astoria Queens breaking break lights European kind. Stalking in games high school 9th grade focus football and basketball To make

3

matters worst every college school was involved in stalking on land Current hold on John Jay Account Cuny said shouldn't be there B+ student. Bough of Manhattan Communinty University jr college. Deans list Honor Roll. ST. Andrews Grammar school Bayonne NJ 1980's

Red book accounting, Secret Cat Man Du oath, accounting on all blood dropped. All oaths. Draco Mosaic jurisdiction in motion a lot, satanic and natural oaths and Pass over Oaths stalking. Counting feet need do in court. Each person involved.

Sectary of state database sought after on Fraternal EMF harassment, legal return also. Hebrew case, Hebrew 3 and 1 case, Supreme Great Dracula investigation" Acclaim way" on all blood, kids and Indian legal return Black foot Indian, Arawak Indian, All Dracula" legal returns" Jerusalem way.

Feb1,2026 to Feb 2 2026 3am to 9am Russian Prime minister, stalking and family and miss Otome land lord stalking 911 call, Time stamp,911 operator number  # 2215,this 911 call on pain.

Civil military Operations on blood dropped by Staples's INN stalking ,Black liberation attorneys. Mr. Mancino communistic attorneys stalking daily. Why state case refused same topic?

S file from FBI stalking file,2013 Valentines day stalked from NJ to NY Punched in face by cops 151st Manhattan NY look up weed case, Manhattan NY 6 months thrown out, lawsuit hear. Same cops fantasy cops stalking daily journal says to kill.

Check all blood, illegal child support.  Roxanne Figeroua and Georgina Dadvsion and stalking daily, to kill.

"Credit cards or HRA card swiped Feb 5 2026 98 dollars cash 291 food stamps. Mossad in journal a lot looking thru eyes or subliminally nuro-lingustic/chemtrail program heard daily certain buzz. Cease and Desist military way.

Caracalla means all parts of society part of this  mobbing stalking  emf harassment. Medical Hebrew intelligence motion underacted from Hospital on implant system.

4

Stalking 24/7 Listen Rrusssian Intellgence, cemmit to Mr Macino and Puttin everyday . Go to court and give us money and legal returns Advanced suit and luxury things. Melanie Ruiz family said to much comic book who stalking. 6 kids and check blood.

5

Alvin Lindsay, MD

154 West 127th Street

NY, NY 10027

(212)749-3508


To Whom It May Concern:

Mr. Antoinne Fuqua, date of birth 2/1/1973, is under my medical care since 2013.   It is medically necessary that Mr. Fuqua have stable housing. He is diagnosed with Seizure Disorder, Bipolar Disorder, Diabetes with neuropathy, learning disability, and Sarcoidosis.  These are significant medical conditions that require stable housing to maintain his fragile health.  Mr. Fuqua's health will significantly deteriorate if he does not have stable housing.  He is enrolled in Camba program which is trying to find him stable housing.  He must stay in his current apartment until Camba can find him stable housing.

Thank you for your consideration in this matter.


Sincerely,

Alvin Lindsay MD

Alvin Lindsay, MD
NPI #: 1013152214
License #: 219509